IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** | : <br> : <br> : |
| Plaintiff, | : |
| v. | : 3:21-CV-1236 |
| | : (JUDGE MARIANI) |
| **TINA YAP, VIRGINIA CHAN, and ADVENTURE SPORTS, INC.,** | : <br> : <br> : |
| Defendant. | : |

## ORDER

AND NOW, THIS __16th__ DAY OF MAY 2022, for the reasons set forth in this Court's accompanying Memorandum Opinion and upon consideration of the Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) or in the Alternative to Dismiss Pursuant to the Doctrine of *Forum Non Conveniens* (Doc. 2) filed by Defendant Virginia Chan, Motion to Remand (Doc. 6) filed by Plaintiff Philadelphia Indemnity Insurance Company, Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) or in the Alternative to Dismiss Pursuant to the Doctrine of *Forum Non Conveniens* (Doc. 8) filed by Defendant Tina Yap, as *Administratix Ad Prosequendum* of the Estate of Cheeyan Yap, **IT IS HEREBY ORDERED THAT:**

1. Adventure Sports, Inc., designated as a defendant in this case, is **REALIGNED** as a party plaintiff. The Clerk of Court is directed to **AMEND** the caption in accordance with this Order.

2. The Motion to Remand (Doc. 6) filed by Plaintiff Philadelphia Indemnity Insurance Company is **DENIED.**

3. The Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) or in the Alternative to Dismiss Pursuant to the Doctrine of *Forum Non Conveniens* (Doc. 2) filed by Defendant Virginia Chan is **DENIED.**

4. The Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) or in the Alternative to Dismiss Pursuant to the Doctrine of *Forum Non Conveniens* (Doc. 8) filed by Defendant Tina Yap, as *Administratix Ad Prosequendum* of the Estate of Cheeyan Yap is **DENIED.**

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge