IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY and ADVENTURE SPORTS, INC., <br> Plaintiffs <br><br> v. <br><br> TINA YAP, as Administratrix ad Prosequendum of the ESTATE OF CHEEYEN YAP, deceased, and VIRGINIA CHAN, <br> Defendants | No. 3:21cv1236 <br><br> (Judge Munley) |

## ORDER

AND NOW, this 27th day of March 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff Philadelphia Indemnity Insurance Company's motion for judgment on the pleadings (Doc. 41) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court